UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUETTE TRANSPORTATION CO., INC. and BLUEGRASS MARINE, INC.<br><br>VERSUS<br><br>EAGLE SUBARU, her engines, tackle, apparel, etc., *in rem*, and AET INC. LTD., V SHIPS ASIA MSI PTE. LTD., and THE UNITED KINGDOM MUTUAL STEAMSHIP ASSURANCE ASSOCIATION (BERMUDA) LTD., *in personam* | CIVIL ACTION<br><br>NUMBER: 06-9053<br><br>SECTION: "M" - (2)<br><br>JUDGE:<br>PETER BEER<br><br>MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON, JR. |

## O R D E R

CONSIDERING the foregoing Motion of plaintiffs, Marquette Transportation Co., Inc. and Bluegrass Marine, Inc., to Strike Second Navigation Expert Witness;

IT IS ORDERED that plaintiffs' Motion to Strike Second Navigation Expert Witness be and is hereby granted, and William Beacom is hereby stricken as a witness in this matter.

New Orleans, Louisiana, this _____ day of August, 2008.

**MOOT**

_____
UNITED STATES DISTRICT JUDGE

1

NO.99889464.1